[Crim. No. 3485. Second Dist., Div. Two. Sept. 24, 1941.]

THE PEOPLE, Respondent, v. CLARK STEVENS, Appellant.

No appearance for Appellant.

Earl Warren, Attorney General, for Respondent.

THE COURT.—On July 17, 1941, the transcripts on appeal were filed in this court. Thereafter, the time for filing briefs having elapsed, an order to show cause why the appeal should not be dismissed was issued, returnable September 24, 1941. On the latter date there was no appearance on behalf of appellant, either by brief or otherwise.

Therefore, pursuant to the provisions of section 1253 of the Penal Code, the judgment of the trial court hereby is affirmed.